

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-21-00017-CV

---

IN THE MATTER OF THE MARRIAGE OF
RONNIE MAPLES AND LORETTA MAPLES

---

On Appeal from the 336th District Court
Fannin County, Texas
Trial Court No. FA-20-45002

---

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

The appellant has filed a motion with this Court seeking to voluntarily dismiss this appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See* TEX. R. APP. P. 42.1(a)(1). Accordingly, we dismiss this appeal.

Josh R. Morriss, III
Chief Justice

Date Submitted:     May 11, 2021
Date Decided:       May 12, 2021